CA No. 24-3279

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ANDREA PLACE, Individually, | : |
| Plaintiff – Appellee, | : |
| v. | : |
| WARREN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; AMY COLGROVE, Coach Way Individually and as Head Coach of Girls Basketball at Warren Local High School, | : **STIPULATION TO DISMISS** |
| Defendants – Appellants. | : |

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

_____
Michael J. Valentine, Esq. or
Keona Renee Padgett, Esq.
Attorneys for Appellants,
WARREN LOCAL SCHOOL DISTRICT
BOARD OF EDUCATION; AMY
COLGROVE, Coach Way Individually and as
Head Coach of Girls Basketball at Warren
Local High School

_____
Mark Anthony Weiker, Esq.
Attorney for Appellee,
ANDREA PLACE, Individually

## CERTIFICATE OF SERVICE

The electronic signature above certifies that all counsel of record have been electronically served with this document as of the date of filing.